# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>Arnoldo Izvian ADARGA-Rodriguez,<br><br>        Defendant. | Magistrate Docket No. **21-mj-0449**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18, USC 111(a)(1) Assault on a Federal Officer |

The undersigned complainant being, duly sworn, states:

On or about February 5, 2021, within the Southern District of California, defendant, Arnoldo Izvian ADARGA-Rodriguez, did knowingly and intentionally, willfully and forcibly assault, a person named in 18 U.S.C. Section 1114, namely Department of Homeland Security, Customs and Border Protection, United States Border Patrol, Border Patrol Agent C. Newton, in that Defendant, in an attempt to resist arrest, assaulted Agent Newton while engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 8, 2021.

HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Arnoldo Izvian ADARGA-Rodriguez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February, 5, 2021, Border Patrol Agent C. Newton was conducting his assigned duties in the Chula Vista Border Patrol Station's area of responsibility when Department of Defense personnel, who were utilizing an Infrared Scope, notified agents of two individuals north of an area known to Border Patrol agents as "White Cross." Agent Newton responded to the area and was told by the scope operator that one individual was lying on the ground and the other was behind a boulder attempting to conceal themselves. As Agent Newton approached the individual, later identified as the defendant Arnoldo Izvian ADARGA-Rodriguez, he stood up and started running from him further into the United States and downhill through the rough terrain. After a brief foot pursuit and various commands to stop, Agent Newton was able to grab ADARGA's clothing and drag him to the ground. Agent Newton identified himself as a Border Patrol Agent and asked ADARGA if he was injured or hurt. ADARGA stated that he hurt his hand. At this point the scope operator informed Agent Newton that the second individual had returned back south into Mexico.

Agent Newton started walking ADARGA back to his fellow agents, when ADARGA stated that he was unable to walk because of a hurt knee. At this time, ADARGA began to walk away from Agent Newton and south towards Mexico. Agent Newton gave him verbal commands to stop but ADARGA started to run away. After a brief foot pursuit, Agent Newton caught up to ADARGA and grabbed his leg in an attempt to take him to the ground. At this time, ADARGA turned around and Agent Newton noticed he had a large rock in his right hand. ADARGA then raised his right hand, appearing to deliver a strike with the rock, at which time, Agent Newton tackled him to the ground, knocking the rock out of his hand. During the struggle on the ground, Agent Newton was attempting to gain control of ADARGA's arms, but he continued to pull his arms away and push Agent Newton's arms off of him. The area they were struggling in was on a downhill slope, in fear of being pushed down the hill, Agent Newton delivered a close fist strike to ADARGA's face in order to gain control. At this time, they both lost balance and rolled down the hill.

Once they stopped rolling, Agent Newton attempted to place ADARGA in handcuffs when ADARGA grabbed another rock, which Agent Newton knocked out of his hand and delivered another closed fist strike to ADARGA's face. Agent Newton was then able to place a handcuff on ADARGA's right wrist. As Agent Newton attempted to handcuff his left wrist, ADARGA pulled his left arm away and the struggle continued. After various verbal commands to comply were ignored and concerned that ADARGA would grab another rock, Agent Newton told him if he continued to disobey his commands, he would hit him again. ADARGA continued to

**CONTINUATION OF COMPLAINT:**
Arnoldo Izvian ADARGA-Rodriguez

struggle and Agent Newton delivered an elbow strike to his stomach and a closed fist strike to his head, which did not seem to affect ADARGA. At this time, Agent Newton drew out his collapsible straight baton and ADARGA attempted to grab it, but Agent Newton was able to maintain control. Agent Newton then noticed ADARGA grab the lose handcuff with his right hand and close his fist to use the handcuff as a striking weapon. Agent Newton was able to control ADARGA's right hand to avoid being hit and began to yell for his partners to help, since he had lost his handheld radio. Agent Newton was able to wrap his legs around ADARGA's waist and arms around his head to control him until his partners arrived. At this point, ADARGA grabbed a rock from underneath him and Agent Newton delivered two strikes with his baton to the meaty portion of his left leg. ADARGA attempted to push away, to which Agent Newton delivered another strike with his baton to his upper left arm and was able to control him until his partners arrived and placed him in handcuffs.

At approximately 8:45 PM, Agent Newton placed ADARGA under arrest for assault. This area is approximately three and a half miles east of the Otay Mesa, California Port of Entry and approximately 100 yards north of the United States/Mexico International Boundary. ADARGA was then seen by a Border Patrol Emergency Medical Technician for screening. Due to the events occurred, on February 6, 2021, at approximately 2:27 AM, Agent Newton conducted an immigration inspection. ADARGA stated that he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally.

**Executed on February 6, 2021, at 8:00AM.**

Joshua Johnson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 5, 2021, in violation of 18 USC 111(a)(1).

BARBARA L. MAJOR
United States Magistrate Judge

8:20 AM, Feb 6, 2021
Date/Time